Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Telephone: (503) 242-4262
Facsimile: (503) 242-4263

Christopher M. Ahearn, State Bar No. 239089
Email: cahearn@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Additional Counsel on following page*

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00410-TLN-DMC<br><br>[*Previously Shasta Superior Court Case Number 191805; Assigned to the Hon. Stephen H. Baker, Department 3*]<br><br>**STIPULATION AND ORDER TO AMEND PRE-CERTIFICATION DISCOVERY SCHEDULE**<br><br>State Action Filed: February 1, 2019 |

Sean F. Daley, SBN 272493
Email: sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Hassan A. Aburish, SBN 301458
Email: haburish@fisherphillips.com
FISHER & PHILLIPS LLP
1 Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone:(415) 490-9000
Facsimile: (415) 490-9001

Natalie B. Fujikawa, State Bar No. 2588724
Email: nfujikawa@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.


Daniel V. Santiago, State Bar No. 206532
Email: dvs@dvslawoffices.com
**LAW OFFICES OF DANIEL V. SANTIAGO, PC**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (760) 652-9801

Brian D. Gonzales (*pro hac vice* application to be filed)
Email: bgonzales@coloradowagelaw.com
**THE LAW OFFICES OF BRIAN D. GONZALES, PLLC**
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
Telephone: (970) 214-0562

Dustin T. Lujan (*pro hac vice* application to be filed)
Email: wyoadvocate@gmail.com
**LUJAN LAW OFFICE**
1603 Capitol Avenue, Suite 310 A559
Cheyenne, WY 82001
Telephone: (970) 999-4225

Attorneys for Plaintiffs
TRAVIS CHAPMAN and JOHN CHURCHWELL

Plaintiffs Travis Chapman and John Churchwell (hereinafter, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground" or "Defendant") (hereinafter, collectively, the "Parties") hereby stipulate as follows:

WHEREAS, in its May 21, 2019 Amended Pretrial Scheduling Order (ECF No. 012), the Court established a discovery deadline for all discovery (specifically regarding facts relevant to whether this action should be certified as a class action) to be completed by February 20, 2020, with an expert disclosure deadline (for class certification) of April 16, 2020, and a class certification hearing date of August 6, 2020.

WHEREAS, based on the class certification discovery deadline of February 20, 2020, the Parties had originally agreed that "disclosure of declaration (fact) witnesses in support of or in opposing to any motion for class certification should occur on or prior to December 19, 2019, so as to permit the opposing party reasonable time to schedule depositions of such witnesses prior to the close of class certification discovery on February 20, 2020." (ECF No. 015).

WHEREAS, the Parties have exchanged initial disclosures and initial written discovery requests;

WHEREAS, Defendant has objected to many of Plaintiffs' requests and responded to some, as to which the Parties continue to meet and confer;

WHEREAS, Plaintiffs' responses to Defendants' written discovery requests are due January 6, 2020 following a stipulated continuance;

WHEREAS, Defendant noticed the depositions of Plaintiffs for December 9 and 10, 2019, respectively, though such depositions were taken off-calendar due to Plaintiffs and their counsel not being available;

WHEREAS, Plaintiffs' depositions are now scheduled for January 28 and 29, 2020, and the Parties are in the process of discussing scheduling 30(b)(6) depositions as to Defendant;

/ / /

/ / /

/ / /

/ / /

WHEREAS, among Plaintiffs' requests is for contact information of putative class members, to which Defendant objected including on privacy grounds, though the Parties have stipulated to use a *Belaire-West* opt-out procedure whereby putative class members will be mailed a notice by a third-party administrator and will be given the opportunity to object to the disclosure of contact information to Plaintiffs – with such information being disclosed as to non-objectors by a date certain;

WHEREAS, the Parties are continuing to meet and confer regarding the content and particulars of such *Belaire-West* notice but anticipate resolving any issues and/or bringing disputes before the Court within the next nine (9) days;

WHEREAS, the Parties agree that the current class certification briefing schedule (which calls for the filing of Plaintiffs' motion on June 12, 2020 and a hearing on August 6, 2020) need not be changed at this time, but the parties' agreed-upon December 19, 2019 witness disclosure deadline no longer should hold, and the class certification discovery deadline and related deadlines should be continued;

NOW THEREFORE, the Parties stipulate and agree that the Court should order an amended schedule as follows: (1) the fact discovery deadline (re class certification) should be continued from February 20, 2020 to April 30, 2020, with exchanges of lists of declaration witnesses re class certification by March 13, 2020 (and with the parties agreeing to work cooperatively to schedule any necessary depositions prior to April 30, 2020 and to seek relief from the Court if some depositions cannot be scheduled until after April 30); <u>and</u> (2) expert disclosure deadline (re class certification) should be continued from April 16, 2020 to May 22, 2020 (with depositions allowed to proceed during the course of class certification briefing as necessary).

Date: December 18, 2019          FISHER & PHILLIPS LLP

                                  By:   */s/ Christopher M. Ahearn*
                                             Brandy T. Cody
                                             Christopher M. Ahearn
                                             Sean F. Daley
                                             Hassan A. Aburish
                                             Natalie B. Fujikawa
                                             Attorneys for Defendant
                                             FEDEX GROUND PACKAGE SYSTEM, INC.

| | | |
|---|---|---|
| Date: December 18, 2019 | | LAW OFFICES OF DANIEL V. SANTIAGO, P.C. |
| | By: | _____ |
| | | Daniel V. Santiago |
| | | Attorneys for Plaintiffs |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Parties stipulate that the |
| 3 | Court order an amended schedule as follows: (1) the fact discovery deadline (re class certification) is |
| 4 | continued from February 20, 2020 to April 30, 2020, with exchanges of lists of declaration witnesses |
| 5 | re class certification by March 13, 2020 (and with the parties agreeing to work cooperatively to |
| 6 | schedule any necessary depositions prior to April 30, 2020 and to seek relief from the Court if some |
| 7 | depositions cannot be scheduled until after such date); and (2) expert disclosure deadline (re class |
| 8 | certification) is continued from April 16, 2020 to May 22, 2020 (with depositions allowed to proceed |
| 9 | during the course of class certification briefing as necessary). |

IT IS SO ORDERED.

Dated: December 19, 2019

Troy L. Nunley
United States District Judge

# **CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92870.

On **December 18, 2019**, I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER TO AMEND PRE-CERTIFICATION DISCOVERY SCHEDULE** on all the appearing and/or interested parties in this action as follows:

# **SEE ATTACHED SERVICE LIST**

☐ **[by U.S. MAIL]** I enclosed the document(s) in a sealed envelope or package addressed to each of the above-listed persons at their respective above-listed address(es), and placed the envelope(s) or package(s) for collection and mailing following our office's ordinary business practice for collection and processing of correspondence for mailing. Such practice is that, the same say correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope or package with postage fully prepaid.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **December 18, 2019**, at Sacramento, California.

Elizabeth R. Toller
Print Name

By: _____
Signature

# SERVICE LIST
*Travis Champman and John Churchwell v.. FedEx Corporation et al.*
Case No: 2:19-cv-00410-TLN-DMC

| | |
|---|---|
| Daniel V. Santiago<br>Law Offices Of Daniel V. Santiago, P.C.<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071 | ***Counsel for Plaintiffs***<br><br>T: 760.652.9801<br>E: dvs@dvslawoffices.com |
| Brian D. Gonzales<br>The Law Offices Of Brian D. Gonzales, Pllc<br>2580 East Harmony Road, Suite 201<br>Fort Collins, CO 80528 | ***Counsel for Plaintiffs***<br><br>T: 970.214.0562<br>E: bgonzales@coloradowagelaw.com |
| Dustin T. Lujan<br>Lujan Law Office<br>1603 Capitol Avenue, Suite 310 A559<br>Cheyenne, WY 82001 | ***Counsel for Plaintiffs***<br><br>T: 970.999.4225<br>E: wyoadvocate@gmail.com |