**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive.<br><br>　　　　　Defendants. | Case No. 2:19-cv-00410-TLN-AC<br><br><br>**ORDER GRANTING REQUEST TO SEAL** |

The Court has considered Defendant FedEx Ground Package System, Inc.'s Request to Seal Documents pursuant to Federal Rule of Civil Procedure 26 and Local Rule 141 (ECF No. 33), as well as the referenced documents produced and marked as Confidential under the parties' stipulated Protective Order (ECF No. 35).  Good cause appearing due to the confidential nature of Exhibits A-1 through A-5 of the Declaration of Sam Stahle, the Court GRANTS Defendant's Request.  The Clerk of the Court is directed to file the following document UNDER SEAL:

///

///

(1) The Declaration of Sam Stahle (ECF No. 34-1) filed in support of Defendant's Motion to Add Contracted Service Providers as Necessary Parties.

IT IS SO ORDERED.

DATED: June 16, 2020

Troy L. Nunley
United States District Judge