Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Telephone: (503) 242-4262
Facsimile: (503) 242-4263

Christopher M. Ahearn, State Bar No. 239089
Email: cahearn@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Additional Counsel on following page*

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00410-TLN-DMC<br><br>[*Previously Shasta Superior Court Case Number 191805; Assigned to the Hon. Stephen H. Baker, Department 3*]<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**<br><br>State Action Filed: February 1, 2019 |

Sean F. Daley, SBN 272493
Email: sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Hassan A. Aburish, SBN 301458
Email: haburish@fisherphillips.com
FISHER & PHILLIPS LLP
1 Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone:(415) 490-9000
Facsimile: (415) 490-9001

April A. Perkins, SBN 322166
Email: aperkins@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone:(916) 210-0400
Facsimile: (916) 210-0401

Daniel V. Santiago, State Bar No. 206532
Email: dvs@dvslawoffices.com
LAW OFFICES OF DANIEL V. SANTIAGO, PC
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (760) 652-9801

Brian D. Gonzales (*pro hac vice* application to be filed)
Email: bgonzales@coloradowagelaw.com
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
Telephone: (970) 214-0562

Dustin T. Lujan
Email: wyoadvocate@gmail.com
LUJAN LAW OFFICE
1603 Capitol Avenue, Suite 310 A559
Cheyenne, WY 82001
Telephone: (970) 999-4225

Attorneys for Plaintiffs
TRAVIS CHAPMAN and JOHN CHURCHWELL

Plaintiffs Travis Chapman and John Churchwell (hereinafter, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground" or "Defendant") (hereinafter, collectively, the "Parties") hereby stipulate as follows:

1. In its December 19, 2019 Order to Amend Pre-Certification Discovery Schedule (ECF No. 021), the Court, pursuant to the Parties' stipulation, amended the pre-certification discovery schedule in this matter, as follows:

    (a) continued the fact discovery deadline (re class certification) from <u>February 20, 2020</u> to <u>April 30, 2020</u>, with exchanges of lists of declaration witnesses re class certification by <u>March 13, 2020</u> (and with the Parties agreeing to work cooperatively to schedule any necessary depositions prior to April 30, 2020 and to seek relief from the Court if some depositions cannot be scheduled until after such date); and

    (b) continuing the expert disclosure deadline (re class certification) from <u>April 16, 2020</u> to <u>May 22, 2020</u> (with depositions allowed to proceed during class certification briefing as necessary).

2. In its March 9, 2020 Order Amending Case Schedule (ECF No. 027), based on a stipulation of the Parties, the Court further amended the pre-certification discovery schedule in this matter, as follows:

    (a) continued the fact discovery deadline (re class certification) from April 30, 2020 to July 31, 2020;

    (b) continued the deadline for exchanges of lists of declaration witnesses re class certification from March 13, 2020 to June 5, 2020;

    (c) continued the expert disclosure deadline from May 22, 2020 to August 16, 2020; and

    (d) continued the class certification hearing date from August 6, 2020 to November 19, 2020.

/ / /

/ / /

3. In its May 20, 2020 Order Amending Case Schedule (ECF No. 031), based on a stipulation of the Parties, the Court further amended the pre-certification discovery schedule in this matter, as follows:

    (a) continued the fact discovery deadline (re class certification) from July 31, 2020 to October 20, 2020;

    (b) continued the deadline for exchanges of lists of declaration witnesses re class certification from June 5, 2020 to September 4, 2020;

    (c) continued the expert disclosure deadline from August 16, 2020 to November 13, 2020; and

    (d) continued the class certification hearing date from November 19, 2020 to February 18, 2020.

4. During the period since May 20, 2020, the following have occurred:

    (a) FedEx Ground filed a Motion to Add Contracted Service Providers as Necessary Parties pursuant to Rule 19 of the Federal Rules of Civil Procedure (the "Rule 19 Motion") on May 29, 2020 (ECF No. 034);

    (b) On June 24, 2020, the Court took the fully briefed Rule 19 Motion under submission and vacated the July 9, 2020 hearing date (ECF No. 045);

    (c) To date, the Court has not ruled on the Rule 19 Motion;

    (d) The Parties had agreed to conduct several depositions of FedEx Ground personnel, as well as third-party depositions, as soon as practicable as COVID-19 related restrictions were lifted, which were anticipated to proceed in July 2020;

    (e) Such depositions did not occur due to several factors including, among others, a second and ongoing surge of COVID-19 cases in California and the Parties' intention to conduct the depositions in-person;

    (f) The Parties agree that, because the third-party depositions will include "person most qualified" depositions of the Contracted Service Providers ("CSPs") who are the subject of the Rule 19 Motion, those depositions should proceed only after the status of such CSPs has been resolved, especially because if the CSPs are joined to

the case and retain counsel, they should have the opportunity to be represented by such counsel at their depositions;

(g) The Parties agree that the depositions of the CSPs are potentially significant to the Court's determination of issues on class certification;

(h) The Parties agree that, in light of the foregoing, the Court should vacate the current case schedule, and order the Parties to submit a further case management statement and proposed case schedule, within fourteen (14) days of the Court's ruling on the Rule 19 Motion;

(i) The Parties agree that once the Court's order on the Rule 19 Motion is entered, the Parties should undertake all practicable efforts to mitigate the impacts of the COVID-19 pandemic on the case schedule, should it be ongoing at that point.

(j) Accordingly, once the Rule 19 Motion is entered, the Parties will attempt to complete the aforementioned depositions as soon as practicable, and if the COVID-19 pandemic continues to impact the conduct of in-person depositions, the Parties will stipulate to procedures that will allow depositions to proceed as soon as practicable, including by agreeing to mutually satisfactory COVID-19 protocols or, if such protocols cannot be agreed-upon, by conducting depositions by video conference.

Date: September 3, 2020             FISHER & PHILLIPS LLP

                                    By:      /s/ Christopher M. Ahearn
                                         Brandy T. Cody
                                         Christopher M. Ahearn
                                         Sean F. Daley
                                         Hassan A. Aburish

                                         Attorneys for Defendant
                                         FEDEX GROUND PACKAGE SYSTEM, INC.

Date: September 3, 2020             LAW OFFICES OF DANIEL V. SANTIAGO, P.C.

                                    By:   /s/ Daniel V. Santiago (as authorized on Sept. 2, 2020)
                                         Daniel V. Santiago
                                         Attorneys for Plaintiffs

1 **ORDER**

2   PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the case schedule in

3 this action is amended as follows:

4   (a)  All current case dates, deadlines, and proceedings are VACATED;

5   (b)  Within fourteen (14) days following notice of the Court's ruling on Defendant FedEx

6        Ground's pending Rule 19 Motion (ECF No. 34), the Parties shall submit a further

7        case management statement and proposed case schedule including dates related to

8        class certification and discovery and expert disclosures related thereto.

9   IT IS SO ORDERED.

10 DATED: September 3, 2020

            Troy L. Nunley
            United States District Judge