Brandy T. Cody, State Bar No. 196923
Email: bcody@fisherphillips.com
FISHER & PHILLIPS LLP
111 SW Fifth Avenue, Suite 4040
Portland, OR 97204
Telephone: (503) 242-4262
Facsimile: (503) 242-4263

Usama Kahf, SBN 266443
Email: ukahf@fisherphillips.com
Sunny H. Huynh, SBN 318012
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, CA 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

*Additional Counsel on following page*

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-00410-TLN-DMC<br><br>[*Previously Shasta Superior Court Case Number 191805; Assigned to the Hon. Stephen H. Baker, Department 3*]<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**<br><br>State Action Filed: February 1, 2019 |

1

**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**

| | |
|---|---|
| 1 | Daniel V. Santiago, State Bar No. 206532 |
| | Email: dvs@dvslawoffices.com |
| 2 | LAW OFFICES OF DANIEL V. |
| | SANTIAGO, PC |
| 3 | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| 4 | Telephone: (760) 652-9801 |

Brian D. Gonzales (*pro hac vice* application to be filed)
Email: bgonzales@coloradowagelaw.com
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, CO 80528
Telephone: (970) 214-0562

Dustin T. Lujan
Email: wyoadvocate@gmail.com
LUJAN LAW OFFICE
1603 Capitol Avenue, Suite 310 A559
Cheyenne, WY 82001
Telephone: (970) 999-4225

Attorneys for Plaintiffs
TRAVIS CHAPMAN and JOHN CHURCHWELL

---

2
**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**

Plaintiffs Travis Chapman and John Churchwell (hereinafter, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground" or "Defendant") (hereinafter, collectively, "the Parties") hereby stipulate as follows:

1. In its December 19, 2019 Order to Amend Pre-Certification Discovery Schedule (ECF No. 021), the Court, pursuant to the Parties' stipulation, amended the pre-certification discovery schedule in this matter, as follows: (a) continued the fact discovery deadline (re class certification) from February 20, 2020 to April 30, 2020, with exchanges of lists of declaration witnesses re class certification by March 13, 2020 (and with the Parties agreeing to work cooperatively to schedule any necessary depositions prior to April 30, 2020 and to seek relief from the Court if some depositions cannot be scheduled until after such date); and (b) continued the expert disclosure deadline (re class certification) from <u>April 16, 2020</u> to <u>May 22, 2020</u> (with depositions allowed to proceed during class certification briefing as necessary).

2. In its March 9, 2020 Order Amending Case Schedule (ECF No. 027), based on a stipulation of the Parties, the Court further amended the pre-certification discovery schedule in this matter, as follows: (a) continued the fact discovery deadline (re class certification) from April 30, 2020 to July 31, 2020; (b) continued the deadline for exchanges of lists of declaration witnesses re class certification from March 13, 2020 to June 5, 2020; (c) continued the expert disclosure deadline from May 22, 2020 to August 16, 2020; and (d) continued the class certification hearing date from August 6, 2020 to November 19, 2020.

3. In its May 20, 2020 Order Amending Case Schedule (ECF No. 031), based on a stipulation of the Parties, the Court further amended the pre-certification discovery schedule in this matter, as follows: (a) continued the fact discovery deadline (re class certification) from July 31, 2020 to October 20, 2020; (b) continued the deadline for exchanges of lists of declaration witnesses re class certification from June 5, 2020 to September 4, 2020; (c) continued the expert disclosure deadline from August 16, 2020 to November 13, 2020; and (d) continued the class certification hearing date from November 19, 2020 to February 18, 2020.

4. On May 29, 2020, Defendant filed a Motion to Add Contracted Service Providers ("CSPs") as Necessary Parties pursuant to Rule 19 of the Federal Rules of Civil Procedure ("Defendant's Rule 19 Motion") (ECF No. 034).

5. On June 12, 2020, Plaintiffs filed their opposition to Defendant's Rule 19 Motion (ECF No. 036).

6. On June 19, 2020, Defendant filed its reply in support of its Rule 19 Motion (ECF No. 044).

7. In the Parties' Stipulation and [Proposed] Order to Amend Case Schedule filed on September 2, 2020 (ECF No. 047), the Parties advised the Court that they agreed, *inter alia*: (a) to conduct several depositions of FedEx Ground personnel, as well as third-party depositions; (b) because the third-party depositions will include "person most qualified" depositions of the CSPs who were the subject of Defendant's Rule 19 Motion, those depositions should proceed only after the status of such CSPs was resolved; (c) the depositions of the CSPs are potentially significant to the Court's determination of issues on class certification; (d) to attempt to complete the aforementioned depositions as soon as practicable after the Court's ruling on Defendant's Rule 19 Motion; and (e) to stipulate to mutually satisfactory COVID-19 protocols or, if such protocols cannot be agreed-upon, by conducting depositions by video conference.

8. In its September 3, 2020 Order Amending Case Schedule (ECF No. 048), based on a stipulation of the Parties, the Court: (a) vacated all deadlines and proceedings; and (b) ordered that, within 14 days following notice of the Court's ruling on Defendant's Rule 19 Motion, the Parties shall submit a further case management statement and proposed case schedule including dates related to class certification and discovery and expert disclosures relating thereto.

9. On July 19, 2022, the Court entered an Order signed by District Judge Troy L. Nunley on July 18, 2022, denying Defendant's Rule 19 Motion and provided the Parties' counsel with notice of such Order (ECF No. 053).

10. There were no significant developments in this case between the Court's September 3, 2020 Order Amending Case Schedule which vacated all deadlines and proceedings and the Court's July 19, 2022 Order denying Defendant's Rule 19 Motion.

11. Shortly after the Court's July 19, 2022 Order denying Defendant's Rule 19 Motion, the Parties' counsel met and conferred, as required by the Court, and agreed upon the following proposed case schedule:

| Event | Deadline |
|---|---|
| Expert disclosures re class certification | February 17, 2023 |
| Rebuttal Expert disclosures re class certification | March 17, 2023 |
| Class Certification Discovery Completion Date | April 26, 2023 |
| Plaintiffs' Motion for Class Certification | May 22, 2023 |
| Defendant's Opposition to Motion for Class Certification | August 4, 2023 |
| Plaintiffs' Reply re Class Certification | September 18, 2023 |
| Hearing on Plaintiff's Motion for Class Certification | No earlier than 30 days after Plaintiff's reply and prior to November 1 |

12. The identity of any witness who is expected to submit a declaration to be filed with either Party's class certification motion or opposition must be disclosed as it becomes known, but in no event after the close of Class Certification Discovery.

13. The Parties further agree that the Parties may file a stipulation or motion to shorten or modify the discovery or briefing schedule as necessary.

14. The Parties' proposed schedule comports with their understanding of this Court's direction as to timing of class certification and best avoids conflicts as to FedEx Ground's witness availability due to peak season, which runs from approximately mid-November to December 31.

15. The Parties propose that the remaining schedule be determined following this Court's ruling on Plaintiffs' Motion for Class Certification. The Parties further request that this Court set the foregoing schedule without prejudice to the Parties' ability to request additional nonduplicative discovery, including expert discovery following this Court's ruling on Plaintiffs' Motion for Class Certification.

///

///

**IT IS SO STIPULATED.**

Date: August 3, 2022              FISHER & PHILLIPS LLP

                                        By:     /s/ Usama Kahf
                                                  Brandy T. Cody
                                                  Usama Kahf
                                                  Sunny H. Huynh
                                                  Attorneys for Defendant
                                                  FEDEX GROUND PACKAGE SYSTEM, INC.

Date: August 3, 2022              LAW OFFICES OF DANIEL V. SANTIAGO, P.C.

                                        By:     /s/ Daniel V. Santiago
                                                  Daniel V. Santiago
                                                  Attorney for Plaintiffs

# ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the case schedule in this action is amended as follows:

| Event | Deadline |
|---|---|
| Expert disclosures re class certification | February 17, 2023 |
| Rebuttal Expert disclosures re class certification | March 17, 023 |
| Class Certification Discovery Completion Date | April 26, 2023 |
| Plaintiffs' Motion for Class Certification | May 22, 2023 |
| Defendant's Opposition to Motion for Class Certification | August 4, 2023 |
| Plaintiffs' Reply re Class Certification | September 18, 2023 |
| Hearing on Plaintiff's Motion for Class Certification | No earlier than 30 days after Plaintiff's reply and prior to November 1 |

**IT IS SO ORDERED.**

Date: August 3, 2022

_____
Troy L. Nunley
United States District Judge