SCOTT VOELZ (S.B. #181415)
svoelz@omm.com
ADAM J. KARR (S.B. #212288)
akarr@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

ALLAN W. GUSTIN (S.B. #305784)
agustin@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: +1 949 823 6900
Facsimile: +1 949 823 6994

Attorneys for Defendant
FEDEX GROUND
PACKAGE SYSTEM, INC.

*Additional Counsel on following page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>                Plaintiffs,<br><br>   vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:19-cv-00410-TLN-DMC<br><br>[*Previously Shasta Superior Court Case Number 191805; Assigned to the Hon. Stephen H Baker, Department 3*]<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**<br><br>State Action Filed: February 1, 2019 |

1

**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**

| | |
|---|---|
| 1 | Daniel V. Santiago, State Bar No. 206532 |
| | Email: dvs@dvslawoffices.com |
| 2 | LAW OFFICES OF DANIEL V. SANTIAGO, PC |
| 3 | 355 South Grand Avenue, Suite 2450 |
| | Los Angeles, CA 90071 |
| 4 | Telephone: (760) 652-9801 |
| 5 | Brian D. Gonzales (*pro hac vice* application to be filed) |
| | Email: bgonzales@coloradowagelaw.com |
| 6 | THE LAW OFFICES OF BRIAN D. GONZALES, PLLC |
| 7 | 2580 East Harmony Road, Suite 201 |
| | Fort Collins, CO 80528 |
| 8 | Telephone: (970) 214-0562 |
| 9 | Dustin T. Lujan |
| | Email: wyoadvocate@gmail.com |
| 10 | LUJAN LAW OFFICE |
| | 1603 Capitol Avenue, Suite 310 A559 |
| 11 | Cheyenne, WY 82001 |
| | Telephone: (970) 999-4225 |
| 12 | |
| | Attorneys for Plaintiffs |
| 13 | TRAVIS CHAPMAN and JOHN CHURCHWELL |

**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**

Plaintiffs Travis Chapman and John Churchwell (hereinafter, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground" or "Defendant") (hereinafter, collectively, "the Parties") hereby stipulate as follows:

1. Plaintiffs filed their complaint on February 1, 2019, and the Court subsequently entered five orders amending the pre-certification discovery schedule on December 19, 2019 (ECF No. 021), March 9, 2020 (ECF No. 027), May 20, 2020 (ECF No. 031), September 3, 2020 (ECF No. 048), and August 3, 2022 (ECF No. 057).

2. There were no significant developments in this case between the Court's September 3, 2020 Order Amending Case Schedule, which vacated all deadlines and proceedings, and the Court's July 19, 2022 Order denying Defendant's Rule 19 Motion.

3. Shortly after the Court's July 19, 2022 Order, the Parties' counsel met and conferred, as required by the Court, and agreed upon the following current case schedule, which was subsequently adopted by the Court (*see* ECF No. 057):

| Event | Deadline |
| --- | --- |
| Expert disclosures re class certification | February 17, 2023 |
| Rebuttal Expert disclosures re class certification | March 17, 2023 |
| Class Certification Discovery Completion Date | April 26, 2023 |
| Plaintiffs' Motion for Class Certification | May 22, 2023 |
| Defendant's Opposition to Motion for Class Certification | August 4, 2023 |
| Plaintiffs' Reply re Class Certification | September 18, 2023 |
| Hearing on Plaintiffs' Motion for Class Certification | No earlier than 30 days after Plaintiffs' reply and prior to November 1 |

4. Since the Court's August 3, 2022 Order setting the foregoing schedule, the Parties have diligently engaged in class certification discovery, including further written discovery, expert witness disclosures, and multiple depositions.

5. Following this period of intensive discovery, the Parties agree that it is currently an opportune time to engage in a mediation to explore an informal resolution of this matter.

6. The Parties are currently working to select a mediator and schedule a mediation in the coming months and consequently wish to preserve resources in the meantime to potentially aid

in the informal resolution of this matter.

7. The Parties have met and conferred regarding the current case schedule and have agreed to extend the current case deadlines by approximately four months to facilitate mediation and settlement discussions.

8. The Parties, subject to the Court's approval, have agreed upon the following schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class Certification Discovery Completion Date | April 26, 2023 | August 28, 2023 |
| Plaintiffs' Motion for Class Certification | May 22, 2023 | September 25, 2023 |
| Defendant's Opposition to Motion for Class Certification | August 4, 2023 | December 8, 2023 |
| Plaintiffs' Reply re Class Certification | September 18, 2023 | January 22, 2024 |
| Hearing on Plaintiffs' Motion for Class Certification | No earlier than 30 days after Plaintiffs' reply and prior to November 1 | No earlier than 30 days after Plaintiffs' reply |

9. The Parties propose that, as with the Court's current scheduling order, the remaining case deadlines be determined following this Court's ruling on Plaintiffs' Motion for Class Certification. The Parties further request that this Court set the foregoing schedule without prejudice to the Parties' ability to request additional nonduplicative discovery, including expert discovery, following this Court's ruling on Plaintiffs' Motion for Class Certification.

**IT IS SO STIPULATED.**

Date: March 29, 2023		O'MELVENY & MYERS LLP

		By:	/s/*Allan W. Gustin*
			Attorneys for Defendant
			FEDEX GROUND PACKAGE SYSTEM, INC.

Date: March 29, 2023		LAW OFFICES OF DANIEL V. SANTIAGO, P.C.
		By:	/s/*Daniel V. Santiago*
			Daniel V. Santiago
			Attorney for Plaintiffs

**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED that the case schedule in this action is amended as follows:

| Event | Deadline |
| --- | --- |
| Class Certification Discovery Completion Date | August 28, 2023 |
| Plaintiffs' Motion for Class Certification | September 25, 2023 |
| Defendant's Opposition to Motion for Class Certification | December 8, 2023 |
| Plaintiffs' Reply re Class Certification | January 22, 2024 |
| Hearing on Plaintiff's Motion for Class Certification | No earlier than 30 days after Plaintiff's reply |

**IT IS SO ORDERED.**

DATED:  March 29, 2023

Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER TO AMEND CASE SCHEDULE**