IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS CHAPMAN and JOHN CHURCHWELL, individually, on behalf of all others similarly situated, and as representatives of the State of California on behalf of all aggrieved employees,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation d/b/a FedEx Home Delivery, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00410-TLN-DMC<br><br>[*Previously Shasta Superior Court Case Number 191805; Assigned to the Hon. Stephen H Baker, Department 3*]<br><br>**ORDER DISMISSING CLAIMS WITHOUT PREJUDICE**<br><br>State Action Filed: February 1, 2019 |

Now before the Court for consideration is the parties' Notice of Settlement and Joint Request to Dismiss Plaintiffs' individual and representative Private Attorneys General Act of 2004, Cal. Lab. Code §§ 2698, et seq. ("PAGA") Without Prejudice. The Court HEREBY APPROVES AND GRANTS the Joint Stipulation.

IT IS HEREBY ORDERED that Plaintiffs' individual and representative PAGA claims are hereby dismissed <u>without</u> prejudice. Each party shall be responsible for his, her, or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
Troy L. Nunley
United States District Judge

4
**NOTICE OF SETTLEMENT AND JOINT REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF PAGA CLAIMS; ORDER**